AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No.  7:25cr837
PREMISES AT 1161 YEARLING WAY  )
ROEBUCK, SC 29376  )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 371, 2119; 18 USC 924(c) and (o); 18 USC 1519; 18 USC 1951(a); 18 USC 2 | conspiracy to commit carjacking resulting in death; carjacking resulting in death; conspiracy to use a firearm during a crime of violence; conspiracy to obstruct justice; conspiracy to commit Hobbs Act Robbery; aiding and abetting |

The application is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Jackson Dunn, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___by Telephone___ *(specify reliable electronic means)*.

Date:  06/27/2025                    _____
                                      *Judge's signature*

City and state:  Greenville, South Carolina    United States Magistrate William S. Brown
                                               *Printed name and title*